# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CATHY CAHILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN ELEVATOR COMPANY )<br>INC., and TAPP and/or TAPP, LTD., )<br>formerly known as ELEVATOR )<br>EQUIPMENT SERVICES )<br>INCORPORATED d/b/a KONE )<br>ELEVATOR SERVICES, )<br>)<br>Defendants. ) | Case No. CIV-05-336-SPS |

## JUDGMENT

All claims and parties herein having been disposed of, judgment is hereby rendered in favor of the Defendants and against the Plaintiff. *See* Fed.R.Civ.P. 54(b).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** this 28th day of September, 2006.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**